UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-80063

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YASSER LAZARO HERRADA CRESPO,

    Defendant.

_____/

## **COMPLAINT**

Plaintiff, the United States of America, by and through the United States Attorney for the Southern District of Florida, alleges as follows:

## **JURISDICTION AND VENUE**

1.    This action is brought by the United States pursuant to 28 U.S.C. § 1345 as the Plaintiff is the United States of America.

2.    Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1395(a) in that the events giving rise to the Plaintiff's claims occurred in the Southern District of Florida, and because the Defendant resides within the Southern District of Florida.

## **GENERAL ALLEGATIONS**

3.    Defendant is indebted to the United States for a civil penalty assessed for his willful failure or refusal to depart form the United States pursuant to a final order of removal.

4.    The civil monetary penalty is owed pursuant to 8 U.S.C. § 1324d(a).

5.    On May 22, 2023, an Immigration Judge entered a final order of removal against Defendant. The order of removal became final immediately upon entry, pursuant to 8 C.F.R. §

1241.1(e). Pursuant to 8 U.S.C. § 1229a(c)(5), the final removal order was served on Defendant via mail and included notice that a willful failure or refusal to depart from the United States pursuant to the order would subject Defendant to a civil monetary penalty for each day Defendant is in violation of the order. *See* Exhibit A, Order of the Immigration Judge, incorporated herein.

6.      Defendant thereafter has willfully failed or refused to depart from the United States, in defiance of that order.

7.      Pursuant to 8 C.F.R. § 280.53(b)(14), the penalty for Defendant's willful failure to depart is set at $998 per day for each day of violation.

8.      United States Customs and Enforcement (ICE) prepared and served a Notice of Intent to Fine on the Defendant on May 6, 2025, at his last known address, 4397 Via Bari, Apt. 7101, Lake Worth, Florida 33463. *See* Exhibit B. Upon the expiration of the 30-day response period under 8 CFR § 280.12, and having received no objection from the Defendant, ICE issued a Final Order on July 8, 2026, imposing a penalty under INA § 274D along with an invoice for payment. *See* Exhibit C. ICE mailed the Final Order and invoice to the Defendant's address of record on or about July 9, 2026.   *See* Exhibit D.

9.      No payment has been made to satisfy the debt, and government databases show no record of departure for the debtor. *See* Exhibit E, Certificate of Indebtedness.

10.      As of November 24, 2025, the total debt owed by the Defendant pursuant to 8 U.S.C. § 1324d(a) for his willful failure and refusal to depart from the United States was $718,526.37. Daily penalties continue to accrue. *See* Exhibit E.

11.      Pursuant to the Servicemembers Civil Relief Act, the Plaintiff has researched and determined that the Defendant is not on active military duty.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, United States of America, seeks entry of a judgment in favor of the Plaintiff against the Defendant in the amount of $988 per day since May 22, 2023, plus interest, costs and fees that have accrued to the date of judgment, and thereafter, interest accruing at the legal rate pursuant to 18 U.S.C. § 1961.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
Brett R. Geiger
Court No.: A5502622
Assistant United States Attorney
Brett.Geiger@usdoj.gov
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132-2111
Tel No.: 305.961.9190