UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-80063

UNITED STATES OF AMERICA,

     Plaintiff,

v.

YASSER LAZARO HERRADA CRESPO,

     Defendant.

_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __ Yes  X No

3. Did matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __ Yes  X No

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __ Yes  X No

5. Did this matter involve the participation of or consultation with now Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? __ Yes X No

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By:    */s/ Brett R. Geiger*
Brett R. Geiger
Assistant United States Attorney
Court ID No. A5502622
99 N.E. 4th Street, 3rd Floor
Miami FL, 33132-2111
Telephone: (305) 961- 9190
E-mail: Brett.Geiger@usdoj.gov

*Counsel for United States of America*